JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carlos Marsh,**<br><br>    Plaintiff,<br><br>v.<br><br>**Los Angeles Department of Transportation; MV Transportation, Inc.;** and Does 1-10, Inclusive,<br><br>    Defendants. | Case No. CV 15-6551-GW(PJWx)<br><br>**Order re: Dismissal of Action Pursuant to Fed.R.Civ.P. 41(a)(2)** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice with the Court retaining jurisdiction over any disputes relating to the Settlement Agreement. Each party to bear their own attorneys' fees and costs.

DATED: April 7, 2016       _____

   Hon. George H. Wu
   Unites States District Judge

1

[Proposed] Order re: Dismissal